**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ROBERT WILSON DENT, | : | No. 6 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Application for Leave to File Original Process is GRANTED. To the extent the "Petition for Writ of Mandamus and/or Extraordinary Relief" seeks mandamus relief, the Petition is DISMISSED. In all other respects, the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.